CONSTANCE DE MOSS, Respondent, v. ARTHUR DE MOSS, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of NEIL DIVER, Respondent, against GEORGE H. FLINN CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

MABEL FRISS, Appellant, v. PETER ZYSKOWSKI, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

WALTER GUBA et al., Plaintiffs, v. JOHN R. HEALY, Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of NILS F. GUNDERSON, Respondent, against GUIDA WOOD HEEL Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

KENNETH G. JEWETT, Respondent, v. HARRY B. ROCKSTROH et al., Appellants. — Motion to dismiss appeal granted, by consent, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of CHARLES KROPP, Appellant, against WHITE CONSTRUCTION COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claims of DAWN LINTON et al., Respondents. EDWARD CORSI, as Industrial Commissioner, Appellant.— Application to discontinue appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of PATRICK McCOOL, Respondent, against GEORGE H. FLINN CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

GEORGE MASON et al., as Administrators of the Estate of WILLIAM L. MASON, Deceased, et al., Appellants, v. CHARLES A. McGHEE, INC., Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.